194 F.2d 710
 UNITED STATES of America, Appellant,
v.
ROGERS & ROGERS, Inc. et al.
 No. 14394.
 United States Court of Appeals Eighth Circuit.
 Feb. 11, 1952.
 
 C. U. Landrum, U.S. Atty., and Clifford F. Hansen, Asst. U.S. Atty., St. Paul, Minn., for appellant.
 Wilson, Blethen & Ogle, Mankato, Minn., Myers & Snerly, Chicago Ill., and Ralph C. Angstman, Princeton, Minn., for appellees.
 PER CURIAM.
 
 
 1
 Appeal from District Court dismissed, on stipulation of parties.